1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

BARBARA BARRETT,

Plaintiff,

v.

POPULAR INC., *et al.*,

Defendants.

Case No.  C07-0637RSL

ORDER DENYING MOTION FOR A
TEMPORARY RESTRAINING ORDER

16

17

18

19

20

21

22

23

24

25

26

27

28

    This matter comes before the Court on a motion for a temporary restraining order (Dkt. #9) filed by plaintiff Barbara Barrett, who is proceeding *pro se*.  Plaintiff seeks to enjoin defendants from enforcing a trustee's sale of her home on June 22, 2007.  Plaintiff filed this motion while her previously filed motion for a preliminary injunction was pending, apparently out of concern that she would not receive a ruling on that motion prior to June 22, 2007.  The motion for a temporary restraining order duplicates the arguments and facts advanced in support of the motion for a preliminary injunction.

    On June 7, 2007, the Court denied plaintiff's motion for a preliminary injunction.  For the

same reasons, the Court DENIES the motion for a temporary restraining order (Dkt. #9).

DATED this 8th day of June, 2007.

*Mnt S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR A
TEMPORARY RESTRAINING ORDER - 2